UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BEVERLY FREDERICKS, LAVANNA FREDERICKS,
AND DELROY MARCUS,

                                   Plaintiffs,      **NOTICE OF APPEARANCE**

               -against-                     08 CV 2514 (CM)

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, POLICE OFFICER GALLAWAY,
POLICE OFFICER RAMIK, POLICE OFFICER
ANDREW ZARKEWICZ, SHIELD #08734,

                                   Defendants.

------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Stuart Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated:  New York, New York
          April 17, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                            of the City of New York
                                            Attorney for Defendant City of New York
                                            100 Church Street, Rm. 3-311
                                            New York, New York 10007
                                            (212) 788-0899

                                By:  _____
                                     Stuart E. Jacobs (SJ 8379)
                                     Assistant Corporation Counsel
                                     Special Federal Litigation Division

To:    BY ECF
        Andrew Stoll, Esq.