UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BEVERLY FREDERICKS, LAVANNA FREDERICKS,
AND DELROY MARCUS,

                                Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, POLICE OFFICER
GALLAWAY, POLICE OFFICER RAMIK, POLICE
OFFICER ANDREW ZARKEWICZ, SHIELD #08734,

                                Defendants.

------------------------------------------------------------------x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY**

08 CV 2514 (CM)

**PLEASE TAKE NOTICE** that, pursuant to the individual practices of the Honorable Judge McMahon defendants[1] City of New York, Police Commissioner Raymond Kelly, and Police Officer Zarkewicz will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure based on Qualified Immunity and in accordance with Judge McMahon's individual practices, on the grounds that the defendants', Commissioner Kelly and Police Officer Zarkewicz are entitled to qualified immunity on some or all of plaintiffs' claims.

---

[1] Upon information and belief, the individuals identified in the caption of the Complaint as "Police Officer Gallaway" and "Police Officer Ramik" have not been served with the Summons and Complaint and therefore, are not defendants in this action at this time. Defendants reserve their right to move pursuant to Rule 56 of the Federal Rules of Civil Procedure based on Qualified Immunity on behalf of "Police Officer Gallaway" and "Police Officer Ramik" if they are properly served with process and are parties to this action.

**PLEASE TAKE FURTHER NOTICE** that such motion will be submitted following the prescribed period of discovery set forth in the Court's Individual Practices.

Dated:   New York, New York
         June 2, 2008

                      MICHAEL A. CARDOZO
                      Corporation Counsel of the
                      City of New York
                      Attorney for Defendants City of New York,
                      New York City Police Commissioner
                      Raymond Kelly and Police Officer
                      Zarkewicz
                      100 Church Street, Room 3-311
                      New York, N.Y. 10007
                      (212) 788-0899

By: _____
     Stuart E. Jacobs (SJ 8379)
     Assistant Corporation Counsel

TO:   BY ECF
      Andrew Stoll, Esq.
      Stoll, Glickman & Bellina
      Attorneys for Plaintiffs
      71 Nevins Street
      Brooklyn, New York 11217

08 CV 2514 (CM)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| BEVERLY FREDERICKS, LAVANNA FREDERICKS, AND DELROY MARCUS,<br><br>                                        Plaintiffs,<br><br>                    -against-<br><br>THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND W. KELLY, POLICE OFFICER GALLAWAY, POLICE OFFICER RAMIK, POLICE OFFICER ANDREW ZARKEWICZ, SHIELD #08734,<br><br>                                        Defendants. |
| **NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants City of New York, New York City Police Commissioner Raymond Kelly and Police Officer Andrew Zarkewicz*<br>*100 Church Street*<br>*New York, N.Y. 10007*<br><br>*Of Counsel: Stuart E. Jacobs*<br>*Tel: (212) 788-0899* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ................................., 2008*<br><br>*.................................................. Esq.*<br><br>*Attorney for ..........................................* |