# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

BEVERLY FREDRICKS, LAVANNA FREDERICKS, DELROY MARCUS AND KEVIN PAUL

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, POLICE OFFICER GALLAWAY, POLICE OFFICER RAMIK, POLICE OFFICER ANDREW ZARKEWICZ, SHIELD # 08734

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-CV-2514 (CM)

TO: (Name and address of defendant)

Detective Kathleen Grant, shield #2886,
1 Police Plaza, Rm 1100
New York NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Stoll, Esq.
Stoll, Glickman & Bellina, L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 0 9 2008

CLERK                                                 DATE

BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹

**NAME OF SERVER (PRINT)**: Ted Brownstein

**DATE**: 7-17-08

**TITLE**: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted

☒ Other (specify): Served At Defendants Place of Business 1 Police Plaza Rm 1160 to PAA Busby

**STATEMENT OF SERVICE FEES**

TRAVEL | SERVICES | TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-17-08

Signature of Server: Ted Brownstein

Address of Server: 510 Atlantic Ave

Sworn before me this 17th day of July, 2008

[signature]

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in King County
Commission Expires July 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.