# United States District Court

SOUTHERN DISTRICT OF NEW YORK

BEVERLY FREDRICKS, LAVANNA FREDERICKS, DELROY MARCUS, AND KEVIN PAUL

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, POLICE OFFICER GALLAWAY, POLICE OFFICER RAMIK, POLICE OFFICER ANDREW ZARKEWICZ, SHIELD # 08734

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-CV-2514 (CM)

TO: (Name and address of defendant)

Police Officer Stephen Minucci, shield #7979,
77th Precinct, NYPD
127 Utica Avenue
Brooklyn, NY 11213

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Stoll, Esq.
Stoll, Glickman & Bellina, L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL McMAHON

BY) DEPUTY CLERK  *[signature]*

DATE  JUL 09 2008

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹

DATE: 7-22-08

NAME OF SERVER (PRINT): Ted Braunstein

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand at defendants place of business at 2:55 PM [?] Utica Ave on 7-22-08 to Sgt. Marrero #1778

### STATEMENT OF SERVICE FEES

TRAVEL | SERVICES | TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-22-08
            Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave. Bklyn NY 11217

Sworn before me this 22nd day of July 2008

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in Kings County
Commission Expires July 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.