# United States District Court

### SOUTHERN _____ DISTRICT OF _____ NEW YORK

BEVERLY FREDRICKS, LAVANNA
FREDERICKS,DELROY MARCUS AND KEVIN
PAUL

## SUMMONS IN A CIVIL CASE

### V.

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY, POLICE
OFFICER GALLAWAY, POLICE OFFICER
RAMIK, POLICE OFFICER ANDREW
ZARKEWICZ,SHIELD # 08734

CASE NUMBER:   08-CV-2514 (CM)

TO: (Name and address of defendant)

Police Officer Colin Woode, Shield #13547
Aviation
Floyd Bennett Field
Brooklyn, NY 11234

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Stoll, Esq.
Stoll, Glickman & Bellina, L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

BY) DEPUTY CLERK

DATE   JUL 0 9 2008

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

| | |
|---|---|
| NAME OF SERVER (PRINT) Ted Braunstein | DATE 8-22-08 |
| Check one box below to indicate appropriate method of service | TITLE Process Server |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Field - Defendants Served by hand at Floyd Bennett
Posted outside gate  White 30ish 6'0" 180 - Gave to Guard
- Bl hr br eyes

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/22/08___
Date

Signature of Server _Ted Braunstein_

Address of Server 570 Atlantic Ave
Brklyn NY 11217

Notary Public _[signature]_

NICOLE BELLINA
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BE6144661
Qualified in Kings County
My Commission Expires May 01, 2010.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.